SEALED

FILED

MAR 12 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NAMED DEFENDANTS,<br><br>    Defendants. | NO. 1:10 MJ 00057 SMS<br><br>ORDER SEALING COMPLAINT AND MEMORANDUM AND DECLARATION IN SUPPORT THEREOF |

The United States having applied to this Court, for a complaint in the above-captioned proceedings,,

IT IS SO ORDERED, that the complaint shall be filed with this Court under <u>seal</u> and not be disclosed pending further order of this court.

DATED: March 12, 2010

Honorable Sandra M. Snyder,
U.S. Magistrate Judge

1