1  **NICHOLAS F. REYES, #102114**
   LAW OFFICES OF NICHOLAS F. REYES
2  1107 "R" Street
   Fresno, California 93721
3  Telephone:   (559) 486-4500
   Facsimile:   (559) 486-4533
4
   Attorney for Defendant
5  **HECTOR MENDEZ**

6

7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
8
                        EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,              )   CASE NO.   1:10-CR-0065-AWI
                                            )
11 |         Plaintiff,                     )   **WAIVER OF APPEARANCE**
                                            )
12 | v.                                     )
                                            )   DATE:    August 23, 2010
13 | HECTOR MENDEZ,                         )   TIME:    9:00 a.m.
                                            )   PLACE:   Hon. Anthony W. Ishii
14 |         Defendant.                     )
   | _____)
15

16     Defendant, HECTOR MENDEZ, hereby waives his right to be present in

17 person in open court upon the hearing presently set for August 23, 2010 at 9:00 a.m. in

18 Courtroom Two of the above entitled court.  Defendant hereby requests the court to proceed

19 in his absence and agrees that his interests will be deemed represented at said hearing by the

20 presence of his attorney, NICHOLAS F. REYES.  Defendant further agrees to be present in

21 person in court at all future hearing dates to be set by the court including the date set for jury

22 trial.

23
   Dated: July 19, 2010                          /s/ Hector Mendez
24                                                HECTOR MENDEZ

25

26

27

28

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant HECTOR MENDEZ, is hereby excused from appearing at the Status Conference currently scheduled for August 23, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 28, 2010

CHIEF UNITED STATES DISTRICT JUDGE

- 2 -