1  **NICHOLAS F. REYES, #102114**
   LAW OFFICES OF NICHOLAS F. REYES
2  1107 "R" Street
   Fresno, California 93721
3  Telephone:   (559) 486-4500
   Facsimile:   (559) 486-4533
4
   Attorney for Defendant
5  **HECTOR MENDEZ**

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )   **CASE NO.   1:10-CR-0065-AWI**
                                  )
12 |         Plaintiff,            )   **STIPULATION AND ORDER**
                                  )   **RE: CONDITIONS OF RELEASE**
13 | v.                            )   **AND ORDER PERMITTING TRAVEL**
                                  )
14 | HECTOR MENDEZ,                )
                                  )
15 |         Defendant.            )
   _____)
16

17         The parties to this stipulation are Kathleen A. Servatius, Assistant U.S. Attorney, for

18  the United States, Nicholas F. Reyes, counsel for defendant Hector Mendez, the defendant's

19  pre-trial services officer is Lydia Serrano.

20         It is hereby agreed and stipulated by the parties hereto that defendant Hector Mendez

21  shall be permitted to travel on a prepaid family reunion vacation, from December 24, 2010

22  through January 13, 2011.  It is understood that said travel is outside the Eastern District of

23  California, and outside of the United States.  A copy of the travel itinerary has been provided

24  to pretrial services.  Defendant shall be permitted to use his passport for purposes of travel.

25  All parties agree that defendant's passport be returned to him so that he may travel outside

26  the United States.  All other conditions shall remain in full force and effect.  Defendant shall

27  report to pretrial services within 24 hours of his return to the Eastern District of California.

28

1  IT IS SO STIPULATED.

2

3  Dated: 12-10-10                            /s/ Kathleen A. Servatius
                                              KATHLEEN A. SERVATIUS
4                                             Assistant U.S. Attorney

5  IT IS SO STIPULATED.

6

7  Dated: 12-10-10                            /s/ Nicholas F. Reyes
                                              NICHOLAS F. REYES, ESQ.
8                                             Attorney for Defendant Hector Mendez

9
                                    **ORDER**
10

11
   IT IS SO ORDERED.
12

13 Dated:   December 13, 2010
                                              _____
14                                            CHIEF UNITED STATES DISTRICT JUDGE