**NICHOLAS F. REYES, #102114**
**LAW OFFICES OF NICHOLAS F. REYES**
1107 "R" Street
Fresno, California 93721
Telephone:    (559) 486-4500
Facsimile:    (559) 486-4533

Attorney for Defendant
**HECTOR MENDEZ**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10-CR-0065-AWI |
|---|---|---|
| Plaintiff, | ) | **STIPULATION RE PRETRIAL RELEASE CONDITIONS OF HECTOR MENDEZ** |
| v. | ) | |
| HECTOR MENDEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by the parties, the United States Attorney represented by Kathleen A. Servatius, Assistant U.S. Attorney, and defendant Hector Mendez represented by Nicholas F. Reyes, Esq. that the previous conditions of release shall be modified as follows:

The previously recorded property bond for Hector Mendez, receipt #2010-0027464-00, shall be reconveyed forthwith. This reconveyance is so that defendant can Purchase a home.

A deed of trust in favor of the U.S. District Court shall be filed with the clerks office by June 10, 2011.

Dated: 05-11-11           /s/ Nicholas F. Reyes
                          NICHOLAS F. REYES, ESQ.
                          Attorney for Defendant

Dated: 05-11-11           /s/ Kathleen A. Servatius
                          KATHLEEN A. SERVATIUS
                          Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   May 13, 2011

CHIEF UNITED STATES DISTRICT JUDGE