1  **NICHOLAS F. REYES, #102114**
   Attorney at Law
2  1107 "R" Street
   Fresno, California 93721
3  Telephone: (559) 486-4500
   Facsimile:   (559) 486-4533
4

5  Attorney for Defendant
   **HECTOR MENDEZ**
6

7
                    UNITED STATES DISTRICT COURT
8
                   EASTERN  DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA       )    **CASE NO. 1:10-CR-65-AWI**
                                  )
11                                )    **STIPULATION TO CONTINUE**
                   Plaintiff,     )    **SENTENCING**
12                                )
       v.                         )
13                                )
   HECTOR MENDEZ                  )
14                                )
                   Defendant.     )
15 _____)

16
        Defendant, HECTOR MENDEZ, by and through her counsel of record, NICHOLAS

17 F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of

18 record, KATHLEEN A. SERVATIUS, Assistant United States Attorney for the Eastern

19 District of California, hereby stipulate that the sentencing in the above-referenced case

20 currently scheduled for Monday, October 29, 2012, at 9:00 a.m. be continued to Tuesday,

21 November 13, 2012 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii,

22 District Judge.

23 ///

24 ///

25 ///

26 ///

27 ///

28

1   **IT IS SO STIPULATED**

                                                    Respectfully submitted,
2

3
    Dated: 10-23-12                                 /s/ Nicholas F. Reyes
4                                                   NICHOLAS F. REYES
                                                    Attorney for Defendant
5

6
    **IT IS SO STIPULATED**
7

8
    Dated:10-23-12                                  /s/ Kathleen A. Servatius
9                                                   KATHLEEN A. SERVATIUS
                                                    Assistant U.S. Attorney
10

11

12  IT IS SO ORDERED.

13
    Dated:   October 25, 2012    _____
14                                              CHIEF UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28