UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii          **RE:  Hector Mendez**
Senior United States District Judge          **Docket Number:  0972 1:10CR00065-006**
Fresno, California          <u>**PERMISSION TO TRAVEL**</u>
          <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

Hector Mendez is requesting permission to travel to Guadalajara, Jalisco and Michoacan, Mexico.  Hector Mendez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On November 13, 2012, Hector Mendez was sentenced for the offense of 21 USC 846 and 841(a)(1), Conspiracy to Distribute Cocaine and Methamphetamine.

**Sentence Imposed:**  37 months custody in the Bureau of Prisons, 60 months Supervised Release, and $100 Special Assessment (Paid)

**Dates and Mode of Travel:**  Travelling from December 10, 2017, through January 5, 2018; Travel arrangements will be made upon Court approval.

**Purpose:**  Visit family and vacation.

**RE:**     **Hector Mendez**
         **Docket Number:  0972 1:10CR00065-006**
         **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:    March 27, 2017
         Fresno, California
         TDM/rmv

/s/ Brian J. Bedrosian

**REVIEWED BY:**     **BRIAN J. BEDROSIAN**
                 **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved          ☐     Disapproved

IT IS SO ORDERED.

Dated:  March 28, 2017

SENIOR DISTRICT JUDGE

2

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX